[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-13762
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 13, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-20157-CR-CMA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MAJESTY MOVING, INC.,

Defendant,

ANAT EVENOR,

Interested Party-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(April 13, 2007)**

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM:

The ruling of the district court is affirmed for the reasons set forth in its

ORDER ON MOTIONS TO ENFORCE SETTLEMENT AGREEMENT dated

June 21, 2005.

AFFIRMED.